UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLIANCE HEALTH & LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| ) | No. 1:20-cv-431 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| SYMETRA LIFE INSURANCE COMPANY, ) | |
| Defendant. ) ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 27), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 10, 2021             /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge